IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-cr-00094-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | |
| | ) | |
| KEVIN SIMPKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the

motion, it is hereby ORDERED Docket Entry 222, the instant Motion to Seal, and this Order to

Seal, be sealed by the Clerk from this date until further order by this Court, except that a filed

copy of the same be provided to the United States Attorney's Office.

This the ___7___ day of June, 2021.

James C. Dever III
United States District Court Judge