IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-94-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN SIMPKINS, | ) | |
| Defendant. | ) | |

On September 22, 2021, Kevin Simpkins moved for reconsideration of this court's order denying his motion for compassionate release. See [D.E. 242], cf. [D.E. 226] (order denying compassionate release). The court DENIES Simpkin's motion as meritless.

SO ORDERED. This 11 day of November, 2021.

JAMES C. DEVER III
United States District Judge