IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-94-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN SIMPKINS, | ) | |
| Defendant. | ) | |

On January 28, February 1, and February 14, 2022, Kevin Simpkins moved for reconsideration of this court's order denying his motion for compassionate release. See [D.E. 246, 247, 249], cf. [D.E. 226] (order denying compassionate release). Defendant now states that he has "been smoking cigarettes for over 40 years . . . smoking crack for about 35 years[,]" and that his "history as a cigarette smoker" makes him "immunocompromised" and at increased risk from COVID-19. [D.E. 249] 1. The latest motions do not materially alter the analysis in this court's June 15, 2021 order. For the reasons stated in that order, the court DENIES defendant's motions [D.E. 246, 247, 249].

SO ORDERED. This _25_ day of April, 2022.

JAMES C. DEVER III
United States District Judge